1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMY LYNN EWING-PEREZ,<br><br>       Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *and* NBS DEFAULT SERVICES, and Does 1 to 100, inclusive,<br><br>       Defendants. | CASE NO.: SACV12-1062-CJC(MLGx)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>[*Assigned to Hon. Cormac J. Carney*] |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On September 7, 2012, the Court entered an Order granting the motion to dismiss filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a

/ / /

/ / /

/ / /

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

World Savings Bank, FSB ("Wells Fargo") and dismissing the action with prejudice. The Court also denied Plaintiff's motion for a preliminary injunction.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This action is dismissed with prejudice;
2. Plaintiff's motion for a preliminary injunction is denied;
3. Plaintiff Amy Lynn Ewing-Perez will take nothing from defendant Wells Fargo, in this action; and
3. As the prevailing party, defendant Wells Fargo may submit an application to tax costs and file a motion to recover its attorneys' fees.

Dated: September 13, 2012

_____
HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP